UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDUARDO C. PASTRANA,

        Plaintiff,        CIV. S-05-1981 PAN

    v.

JO ANNE B. BARNHART,        ORDER
Commissioner of Social
Security,

        Defendant.

—oOo—

Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's affidavit demonstrates that because of poverty he cannot pay or give security for the costs and still be able to provide himself with the necessities of life.  See Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948).  Accordingly, plaintiff's application is granted.

The clerk of the court is directed to open a civil file.

The United States Marshal shall serve process pursuant to

1 | plaintiff's instructions without payment of fees or expenses
2 | thereof.  <u>See</u> 28 U.S.C. § 1915(d).
3 |     So ordered.
4 |     Dated: October 17, 2005.

```
                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge
```