IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO PASTRANA,

    Plaintiff,　　　　　　　　　　　CIV. S-05-1981-PAN (JFM) PS

    vs.

JO ANNE B. BARNHART,　　　　　　　　ORDER
Commissioner of Social Security,

    Defendant.
_____/

        The October 18, 2005 order granting plaintiff's application to proceed in forma pauperis advised that the United States Marshal would serve process "pursuant to plaintiff's instructions" (emphasis added). In a scheduling order filed February 10, 2006, this court directed plaintiff to serve process on defendant within twenty days. The time has now passed and plaintiff has done nothing to indicate that service of process have been made and plaintiff has not otherwise responded to this court's order.

        However, on October 18, 2005, plaintiff filed a request that the court not schedule a hearing between November 28, 2005 and February 6, 2006, because plaintiff would be out of the country. Because of the proximity in time between plaintiff's request and the October 15, 2005 order, the court will extend the time plaintiff has to provide the U.S. Marshal with certain forms required to execute service of process. Plaintiff is cautioned that failure to timely comply

1

1 | with this order will result in a recommendation that this action be dismissed.
2 |       Accordingly, IT IS HEREBY ORDERED that
3 |     1. The Clerk of the Court is further directed to serve a copy of this order on the
4 | United States Marshal.
5 |     2. Within fifteen days from the date of this order, plaintiff shall submit to the
6 | United States Marshal a completed summons and copies of the complaint and to file a statement
7 | with the court that said documents have been submitted to the United States Marshal.
8 |     3. The United States Marshal is directed to serve all process without prepayment
9 | of costs not later than sixty days from the date of this order.  Service of process shall be
10 | completed by delivering a copy of the summons and complaint to the United States Attorney for
11 | the Eastern District of California, and by sending a copy of the summons and complaint by
12 | registered or certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u>
13 | Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and
14 | complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of
15 | General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  <u>See</u>
16 | Fed. R. Civ. P. 4(i)(2).
17 | DATED:  May 30, 2006.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

001;pastrana.ext

2