IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO C. PASTRANA,

        Plaintiff,                            No. CIV S-05-1981 PAN (JFM)

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.                    ORDER

_____/

        On December 22, 2006, this court ordered plaintiff to show cause why his action should not be dismissed for failure to prosecute. <u>See</u> Local Rule 11-110 and Fed. R. Civ. P. 41(b). On December 22, 2006, plaintiff, proceeding pro se, responded. In his response, plaintiff sought additional time and assistance in pursuing his claim. In light of plaintiff's response, the court will grant an extension of time for plaintiff to prepare his motion for summary judgment.

        The court is not able to directly assist plaintiff with his claim. Plaintiff is reminded that upon rejection of his claim by defendant at the administrative level, he received multiple notifications informing him of his right to representation. Plaintiff's local social security office maintains a list of organizations that may provide free legal services if he qualifies. In addition, plaintiff may be represented by an attorney or other interested individual.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff be granted an additional
2 60 days to file his motion for summary judgment.  All other dates mandated in the scheduling
3 order are adjusted accordingly.  Further delays in prosecuting this action will result in a
4 recommendation that this action be dismissed.
5 DATED: January 4, 2007.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

13
Pastrana.osc.eot.ss.wpd