McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY, GA BAR NO. 035924
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: amita.tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| EDUARDO PASTRANA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-CV-01981-GGH<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is April 27, 2007. The new due date will be May 25, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2                                    Respectfully submitted,
3  Dated: April 26, 2007              /s/ Jerome M. Garchik
4                                     (As authorized via facsimile)
                                      JEROME M. GARCHIK
5                                     Attorney for Plaintiff
6  Dated: April 26, 2007              McGREGOR W. SCOTT
                                      United States Attorney
7                                     LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
8                                     Social Security Administration
9
                                      /s/ Amita Baman Tracy
10                                    AMITA BAMAN TRACY
                                      Special Assistant U.S. Attorney
11
                                      Attorneys for Defendant
12
13                                            ORDER
14         APPROVED AND SO ORDERED.
15  DATED: 5/2/07                     /s/ Gregory G. Hollows
16                                    _____
                                      GREGORY G. HOLLOWS
17                                    UNITED STATES MAGISTRATE JUDGE
18  pastrana.ord
19
20
21
22
23
24
25
26
27
28