McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY, GA BAR NO. 035924
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: amita.tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| EDUARDO PASTRANA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>        v. ) <br> ) <br> MICHAEL J. ASTRUE[1], ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) | CIVIL NO. 2:05-CV-01981-GGH <br><br> STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to additional documentary evidence Plaintiff intends to submit to the Court. The current due date is May 25, 2007. The new due date will be June 25, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated: May 23, 2007 | /s/ Jerome M. Garchik<br>(As authorized via facsimile)<br>JEROME M. GARCHIK<br>Attorney for Plaintiff |
| Dated: May 23, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|     | /s/ Amita Baman Tracy<br>AMITA BAMAN TRACY<br>Special Assistant U.S. Attorney |
|     | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED: 6/5/07          /s/ Gregory G. Hollows

                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

pastrana.ord2