1  McGREGOR W. SCOTT
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3  Social Security Administration
AMITA BAMAN TRACY, GA BAR NO. 035924
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
San Francisco, California 94105
6     Telephone:  (415) 977-8981
Facsimile:  (415) 744-0134
7     E-Mail: amita.tracy@ssa.gov

8  Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11                  **SACRAMENTO DIVISION**

12  EDUARDO PASTRANA                )
         Plaintiff,                 )        CIVIL NO. 2:05-CV-01981-GGH
13                                   )
14           v.                      )
                                     )        STIPULATION AND ORDER OF
15  MICHAEL J. ASTRUE[1],            )        VOLUNTARY REMAND AND DISMISSAL
    Commissioner of                  )        OF CASE, WITH DIRECTIONS TO CLERK
16  Social Security,                 )        TO ENTER JUDGMENT
                                     )
17       Defendant.                  )
    _____)
18

19       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

20  approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

21  case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

22       Upon remand to an Administrative Law Judge, the additional evidence will be considered.

23  Specifically, the orthopedic evaluation report by Robert K. Henrichson, M.D., dated October 18, 2001,

24  and the psychiatric evaluation report by Diane H. Wolfe, M.D., dated April 15, 2002, will be considered.

25

26

27      [1]  Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.
    Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore,
    be substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this suit.  No further
28  action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g).

Furthermore, if warranted by the expanded record, the Administrative Law Judge will obtain supplemental evidence from a Vocational Expert.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: June 15, 2007

/s/ Jerome M. Garchik
(As authorized via facsimile)
JEROME M. GARCHIK
Attorney for Plaintiff

Dated: June 15, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


/s/ Amita Baman Tracy
AMITA BAMAN TRACY
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED:   6/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE


pastrana.rem

2 - Stip & Order of Sentence Four Remand