McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

EDUARDO PASTRANA,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

CIVIL NO. 2:05-cv-01981-GGH

STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS ($7,200.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS ($7,200.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the

Social Security Act, 42 U.S.C. § 406(b).

Respectfully submitted,

Dated: *July 18, 2007*

*/s/ Jerome M. Garchik*
(As authorized via facsimile)
JEROME M. GARCHIK
Attorney for Plaintiff

Dated: *July 18, 2007*

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Dennis J. Hanna*
DENNIS J. HANNA
Special Assistant U.S. Attorney

## ORDER

**APPROVED AND SO ORDERED:**

Dated: July 27, 2007

GREGORY G. HOLLOWS
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

2